ACCEPTED
06-15-00051-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 9:58:18 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00051-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/2/2015 9:58:18 AM
DEBBIE AUTREY
Clerk

## IN THE SIXTH COURT OF APPEALS

## TEXARKANA, TEXAS

**MARY FLENTGE MCAULEY, WILLIE O. FLENTGE, JR., and CHARLES RAY FLENTGE**
*Appellants/Cross-Appellees*

*v.*

**CARL DEAN FLENTGE, INDEPENDENT EXECUTOR OF THE ESTATE OF LAVERNA FLENTGE, CARL DEAN FLENTGE, DAVID FLENTGE and DANIEL JUNEK, INDEPENDENT EXECUTOR OF THE ESTATE OF WILLIE OTTO FLENTGE, SR., INDIVIDUALLY , and as SHAREHOLDERS and on behalf of W.L. RANCH, INC.**
*Appellees/Cross-Appellants.*

**Appeal from Final Judgment in
Cause No. 26, 704, 21st Judicial
District of Burleson County, Texas
Hon. Carson Campbell, Presiding**

**APPELLANTS' AND CROSS-APPELLANTS'
AGREED JOINT MOTION FOR EXTENSION
OF TIME TO FILE BRIEFS FOR
APPELLANTS AND CROSS-APPELLANTS**

TO THE HONORABLE SIXTH COURT OF APPEALS:

Appellants, Mary Flentge McAuley, Willie O. Flentge, Jr. and Charles Ray Flentge and Cross-Appellants, Carl Dean Flentge, Independent Executor of the Estate of LaVerna Flentge, Carl Dean Flentge, David Flentge, and Daniel Junek, Independent Executor of the Estate of Willie Otto Flentge, Sr., Individually, and as Shareholders and on behalf of W.L. Ranch, Inc. ask the Court to extend the time to file the Appellants and Cross-Appellants Briefs

## A. INTRODUCTION

1.      Appellants are Mary Flentge McAuley, Willie O. Flentge, Jr. and Charles Ray Flentge. Cross Appellants are Carl Dean Flentge, Independent Executor of the Estate of LaVerna Flentge, Carl Dean Flentge, David Flentge, and Daniel Junek, Independent Executor of the Estate of Willie Otto Flentge, Sr., Individually, and as Shareholders and on behalf of W.L. Ranch, Inc.

2.      There is no specific deadline to file this motion to extend time. *Tex.R.App.P.* 38.6(d)

3.      The parties have agreed to and jointly move for this extension.

## B. ARGUMENT & AUTHORITIES

4.      The Court has authority under Texas Rule of Appellate Procedure 38.6(d) to extend time to file Appellant's Brief and Cross-Appellants'' Brief.

5.    Appellants' Brief and Cross-Appellants' Briefs are due on November 2, 2015.

6.    Appellants' and Cross-Appellants' request an additional thirty (30) days to file their Briefs, extending the time to December 2, 2015.

7.    No extension has been granted to extend the time to file Appellants' Brief and Cross-Appellants' Brief.

8.    Appellants and Cross-Appellants need additional time to file their Briefs because during the time leading up to the initial filing time date of November 2, 2015, Appellants and Cross-Appellants counsel have been engaged in numerous court matters in the trial courts of the state with numerous cut-off timelines to comply under docket control orders in the district courts. Further, the court reporters transcript was not filed timely and contains eight (8) volumes, with over five (5) volumes of testimony which has required extensive summarizing. Additionally supplemental clerk's records had to be requested so that a complete clerk's record could be filed. These have now been filed belatedly. Finally, both counsels for Appelants and Cross-Appellants are solo practitioners and have been forced to allot their time accordingly among several other clients, during the initial time period.

## C. CONCLUSION

9.    Appellants and Cross-Appellants request this Court extend the time to file Appelants' Brief and Cross-Appelants' Brief because of counsel's excessive workload involving other clients and the belated filing of the clerk's record and court reporters record in this cause.

## D. PRAYER

10.    For these reasons Appellants and Cross-Appellants jointly ask the Court to grant an extension of time to file their Appellants' Brief and Cross-Appellants' Brief.

Respectfully submitted,

*/s/ Wayne H. Paris*
Wayne H. Paris
State Bar No. 15462000
Paris Law Group, P.L.L.C.
Two Riverway, Suite 1080
Houston, Texas 77056
Telephone: (713) 951-9100
Facsimile: (713) 961-3082
E-mail:waynehparis@yahoo.com
***Attorney for Cross-Appellants***

*/s/ J. Steven Stewart*
J. Steven Stewart
State Bar No. 19210500
The Law Office of J. Steven Stewart
5353 West Alabama, Suite 605
Houston, Texas 77056
Telephone: (713) 977-3447

Facsimile: (832) 201-9117
E-mail: jss@jstevenstewart.com
***Attorney for Appellants***


## CERTIFICATE OF CONFERENCE

The filing party under Rule 10.1(a)(5), Texas Rules of Appellant Procedure has conferred by telephone with J. Steven Stewart, Attorney for Appellants, and he has responded that he agrees with this extension of time and requested this agreed joint motion for an extension of time to file Appellants' Brief and Cross-Appelants' Brief until December 2, 2015 be filed.

*/s/ Wayne H. Paris*
Wayne H. Paris


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Appellants' and Cross-Appellants' Agreed Joint Motion for Extension of Time to File Briefs for Appellants and Cross-Appellants* has been sent to all interested counsel of record on this the 2nd day of November 2015 via electronic filing.

*/s/ Wayne H. Paris*
Wayne H. Paris

***Via E-mail: jss@jstevenstewart.com***
Mr. J. Steven Stewart
5353 West Alabama, Suite 605
Houston, Texas 77056